IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10-00244-02-CR-W-DW |
| | ) | |
| BRADLEY COOK, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S AMENDED DETENTION HEARING LIST OF EXHIBITS**

Comes now the United States of America by the undersigned counsel and files the attached list of exhibits which the Government may offer at the detention hearing and requests leave to amend this list as needed.

Respectfully submitted,

Beth Phillips
United States Attorney

*/s/ Cynthia L. Cordes*

Cynthia L. Cordes
Assistant United States Attorney
Violent Crimes Strike Force Unit

Charles Evans Whittaker Courthouse
400 East Ninth Street, Fifth Floor
Kansas City, Missouri 64106
Telephone: (816) 426-2771

CLC/lm

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on September 28, 2010 to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ Cynthia L. Cordes*

Cynthia L. Cordes
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 10-00244-02-CR-W-DW |
| BRADLEY COOK, | ) | |
| Defendant. | ) | |

## E X H I B I T S

| ˘ | = | Offered & admitted without objection. |
|---|---|---|
| X. | = | Offered & admitted over objection. |
| Ex. | = | Offered, but objected to and excluded. |
| N.O. | = | Marked but not offered. |
| D.B. | = | Admitted, de bene. |
| W.D. | = | Offered then withdrawn. |
| Ltd. | = | Admitted for limited purpose. |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 1 | | | | Bagley Trailer home |

I certify that I have this date _____ received from the Clerk, United States District Court, Western District of Missouri, the following numbered exhibits listed above, for which I hold myself responsible:

_____

_____

_____
PRINTED NAME
_____
SIGNATURE

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 2 | | | | FV#1 – caged (crank phone, hooded) |
| 3 | | | | FV#1 – caged (close up hooded) |
| 4 | | | | Female #2 – backside cut/bruised (closeup) |
| 5 | | | | Female #2 – backside cut/bruised |
| 6 | | | | Female #2 – hooded, hung, clamped |
| 7 | | | | Female #2 – hung with straps, gagged |
| 8 | | | | Female #2 – hung with rope, eyes taped closed |
| 9 | | | | Female #2 – waterboarding (face) |
| 10 | | | | Female #2 – waterboarding (full body) |
| 11 | | | | FV#1 – caged (close up gagged) |
| 12 | | | | FV#1 – caged (suspended, blindfolded, gagged) |
| 13 | | | | FV#1 - gagged and nailed to board |
| 14 | | | | FV#1 - sewed closed |
| 15 | | | | Female #2 – broken nose and black eyes (front of face) |
| 16 | | | | Female #2 – broken nose and black eyes (side of face) |
| 17 | | | | Female # 3 – tied to chair, circulation cut off, defendant slapping |
| 18 | | | | Female #3 - tied to chair, circulation cut off, defendant aiming to slap |
| 19 | | | | Female #3 - tied to chair, circulation cut off, defendant smoking |
| 20 | | | | Female #3 - tied to chair, defendant's head |
| 21 | | | | Female #4 – tied down to table |
| | | | | |
| | | | | |
| | | | | |