# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 10-3774
_____

United States of America

Plaintiff - Appellee

v.

Bradley Cook

Defendant - Appellant

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:10-cr-00244-DW-2)
_____

**JUDGMENT**

This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

January 19, 2011

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Michael E. Gans