# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 10-3774

United States of America

Appellee

v.

Bradley Cook

Appellant

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:10-cr-00244-DW-2)

_____

**MANDATE**

In accordance with the judgment of 01/19/2011, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

March 25, 2011

Clerk, U.S. Court of Appeals, Eighth Circuit