# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  10-00244-02-CR-W-DW |
| | ) | |
| **BRADLEY COOK**, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S LIST OF EXHIBITS

Comes now the United States of America and files the attached list of exhibits which the Government may offer at the April 14, 2011, pretrial hearing.

    Respectfully submitted,

    Beth Phillips
    United States Attorney

By  */s/ Paul S. Becker*
    ―――――――――――――――――――
    Paul S. Becker
    Assistant United States Attorney
    Chief, Violent Crimes Strike Force Unit

    */s/ Cynthia L. Cordes*
    ―――――――――――――――――――
    Cynthia L. Cordes
    Assistant United States Attorney
    Human Trafficking Coordinator

    */s/ John Cowles*
    ―――――――――――――――――――
    John Cowles
    Assistant United States Attorney

    Charles Evans Whittaker Courthouse
    400 E. 9th St., Fifth Floor
    Kansas City, Missouri 64106
    Telephone: (816) 426-3122

CLC/lm

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on April 13, 2011 to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

>Carter Collins Law
>Law & Schriener LLC
>141 N Meramec Ave., Ste 314
>St. Louis, MO 63105-3750
>
>Lance David Sandage
>The Sandage Law Firm, PC
>117 West 20th Street, Suite 201
>Kansas City, MO 64108

*/s/ Cynthia L. Cordes*

Cynthia L. Cordes
Assistant United States Attorney

2

Case 4:10-cr-00244-BCW   Document 162   Filed 04/13/11   Page 2 of 5

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10-00244-02-CR-W-DW |
| | ) | |
| BRADLEY COOK, | ) | |
| | ) | |
| Defendant. | ) | |

## E X H I B I T S

| | | |
|---|---|---|
| ˜ | = | Offered & admitted without objection. |
| X. | = | Offered & admitted over objection. |
| Ex. | = | Offered, but objected to and excluded. |
| N.O. | = | Marked but not offered. |
| D.B. | = | Admitted, de bene. |
| W.D. | = | Offered then withdrawn. |
| Ltd. | = | Admitted for limited purpose. |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 1 | | | | Defendant Cook Statement - FBI 302 (9/21/09) |
| 2 | | | | Search Warrant Application & Affidavit |
| 3 | | | | Search Warrant |

I certify that I have this date _____ received from the Clerk, United States District Court, Western District of Missouri, the following numbered exhibits listed above, for which I hold myself responsible:

_____

_____

_____
PRINTED NAME
_____
SIGNATURE

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 4 | | | | Proffer Letter |
| 5 | | | | Defendant Cook Statement - FBI 302 (1/11/10) |
| 6 | | | | FV Explicit Photo #1 |
| 7 | | | | FV Explicit Photo #2 |
| 8 | | | | FV Explicit Photo #3 |
| 9 | | | | FV Explicit Photo #4 |
| 10 | | | | FV Explicit Photo #5 |
| 11 | | | | FV Explicit Photo #6 |
| 12 | | | | FV Explicit Photo #7 |
| 13 | | | | FV Explicit Photo #8 |
| 14 | | | | FV Explicit Photo #9 |
| 15 | | | | JP Bruised Face/Broken Nose (Front) |
| 16 | | | | JP Bruised Face/Broken Nose (Side) |
| 17 | | | | JP Explicit Photo #1 |
| 18 | | | | JP Explicit Photo #2 |
| 19 | | | | JP Explicit Photo #3 |
| 20 | | | | JP Explicit Photo #4 |
| 21 | | | | JP Explicit Photo #5 |
| 22 | | | | JP Waterboarding #1 |
| 23 | | | | JP Waterboarding #2 |
| 24 | | | | Informant T - FBI 302 (1) |
| 25 | | | | Informant T - FBI 302 (2) |
| 26 | | | | Informant G - FBI 302 |
| 27 | | | | Informant F - FBI 302 |
| 28 | | | | Informant S - FBI 302 (1) |
| 29 | | | | Informant S - FBI 302 (2) |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 30 | | | | Bates County Phone Records |
| 31 | | | | Lafayette County Phone Records |
| 32 | | | | |
| 33 | | | | |
| 34 | | | | |
| 35 | | | | |
| 36 | | | | |
| 37 | | | | |
| 38 | | | | |
| 39 | | | | |
| 40 | | | | |
| 41 | | | | |
| 42 | | | | |
| 43 | | | | |
| 44 | | | | |
| 45 | | | | |
| 46 | | | | |
| 47 | | | | |
| 48 | | | | |
| 40 | | | | |
| 50 | | | | |